# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▼

| | |
|---|---|
| PAVEL LABUSOV and ALINA LABUSOVA )<br>*Plaintiff* )<br>v. )<br>OAKES CAPITAL, LLC et al. )<br>*Defendant* ) | Case No. 18-cv-162 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OAKES CAPITAL, LLC, JOAN GALY, and WILLIAM DONALD REDFERN

Date:    10/22/2018

/s/ Michael F. Bachner
*Attorney's signature*

MICHAEL F. BACHNER MB-7719
*Printed name and bar number*
BACHNER & ASSOCIATES, P.C.
39 BROADWAY, SUITE 1610
NEW YORK, NY 10006

*Address*

mb@bhlawfirm.com
*E-mail address*

(212) 344-7778
*Telephone number*

(212) 344-7774
*FAX number*