UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAVEL LABUSOV, an individual, and ALINA LABUSOVA, an individual,

        Plaintiffs,

-against-

OAKES CAPITAL LLC, a foreign for-profit entity, JOAN GALY, an individual, ROBERT ASADULLIN, an individual, and WILLIAM DONALD REDFERN, an individual,

        Defendants.

18-cv-8162 (VSB)

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

---

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which defendants Oakes Capital LLC, Joan Galy and William Donald Redfern may move, answer, or otherwise respond to the complaint is hereby extended up to and including November 16, 2018.

    No provision of this stipulation shall be construed as a waiver of, and defendants expressly reserve, all defenses.

    There has been no previous request for extension of time in connection with this matter.

Dated: October 19, 2018

BACHNER & ASSOCIATES, P.C.

By: _____
　　　Michael F. Bachner

39 Broadway, Suite 1610
New York, NY 10006

Attorneys for defendants Oakes Capital, LLC
Joan Galy, and William Donald
Redfern

Dated: October 19, 2018

SIROTA & ASSOCIATES, P.C.

By: _____
　　　Daniel D. Estrin

128 Brighton 11th Street, Suite 2
Brooklyn, NY 11235

Attorneys for plaintiffs Pavel
Labusov and Alina Labusov

SO ORDERED:

_____
Vernon S. Broderick  10/23/2018
United States District Judge